# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 07 B 16069 |
| Eddie Butler and Elaine Josephine Butler, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

## NOTICE OF MOTION

TO:   Trustee Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603;

Pierce & Associates, 1 N. Dearborn, Suite 1300, Chicago, IL 60602, representing EMC Mortgage Corporation;

Steven C Lindberg, Freedman Anselmo Lindberg LLC, 1807 W. Diehl Road, Suite 333 Naperville, IL 60566, representing Franklin Credit Management Corp.

See Attached Service List

PLEASE TAKE NOTICE that on January 14, 2013, at 9:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a correct copy of this notice and the attached motion on December 28, 2012, to:

The Chapter 13 Trustee listed above via electronic court notification;

Pierce & Associates via regular U.S. Mail to 1 N. Dearborn, Suite 1300, Chicago, IL 60602;

To the attached service list via regular U.S. Mail from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

__/s/ *Steve Miljus*___
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 07-16069<br>Northern District of Illinois<br>Chicago<br>Fri Dec 28 16:43:30 CST 2012 | Deutsche Bank National Trust Company, as cer<br>c/o Rosicki Rosicki & Associates P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | EMC Mortgage Corporation<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120-1176 |
| National Capital Management, LLC<br>8245 TOURNAMENT DRIVE<br>SUITE 230<br>MEMPHIS, TN 38125-1741 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| The Huntington National Bank, as Trustee for<br>c/o Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | Arrow Financial Services LLC<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | City of Chicago Department of Water<br>Myron N Schreiber Assistant Commiss<br>333 S. State Street, Suite LL10<br>Chicago, IL 60604-3957 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523-1559 |
| Cook County Treasurer<br>P O Box 4468<br>Carol Stream, IL 60197-4468 | Deutsche Bank National Trust Company<br>Franklin Credit Management<br>PO Box 5147<br>Carol Stream, IL 60197-5147 | Deutsche Bank National Trust Company<br>P O Box 2301<br>Jersey City, NJ 07303-2301 |
| Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | EMC Mortgage Corporation<br>Bankruptcy Department<br>P.O. Box 292190<br>Lewisville, TX 75029-2190 |
| Ecast Seettlement Corp<br>PO Box 35480<br>Newark, NJ 07193-5480 | Emc Mortgage<br>P O Box 293450<br>Lewisville, TX 75029-3450 | Emc Mortgage Corporation<br>McCalla, Raymer, et al<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | (p)FRANKLIN CREDIT MANAGEMENT CORP<br>101 HUDSON STREET<br>25TH FLOOR<br>JERSEY CITY NJ 07302-3984 | GE Consumer Finance<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Household Bank<br>P.O, Box 978<br>Wood Dale, IL 60191-0978 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| Illinois Department of Revenue Bankruptcy Se<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>OH-7133<br>Columbus, OH 43219-6009 | LVNV Funding<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |

```
LVNV Funding                              LVNV Funding LLC its successors and assigns    LVNV Funding LLC its successors and assigns
P.O. Box 10584                            assignee of Chase Manhattan Bank NA           assignee of CitiFinancial Inc
Greenville, SC 29603-0584                 Resurgent Capital Services                     Resurgent Capital Services
                                          PO Box 10587                                   PO Box 10587
                                          Greenville, SC 29603-0587                      Greenville, SC 29603-0587


LVNV Funding LLC its successors and assigns   Peoples Gas                                Roundup Funding, LLC
assignee of Citibank USA                      130 E. Randolph Drive                      MS 550
Resurgent Capital Services                    Chicago, IL 60601-6302                     PO Box 91121
PO Box 10587                                                                             Seattle, WA 98111-9221
Greenville, SC 29603-0587


Sallie Mae, Inc. on behalf of USA Funds   Sams Club                                      Sherman Acquisition
Attn: Bankruptcy Litigation Unit E3149    Ge Consumer Finance                            P.O. Box 10587
PO Box 6180                               Po Box 103104                                  Greenville, SC 29603-0587
Indianapolis, IN  46206-6180              Roswell, GA 30076-9104


The Huntington National Bank, as Trustee  (p)TOYOTA MOTOR CREDIT CORPORATION             Toyota Motor Credit Corporation
c/o Franklin Credit Management Corp.      PO BOX 8026                                    c/o Becket and Lee LLP
PO Box 620444                             CEDAR RAPIDS IA 52408-8026                     POB 3001
Indianapolis, IN 46262-0444                                                              Malvern  PA 19355-0701


Usa Funds/sallie Mae Servicing            Well Fargo Financial Illinois, Inc             Wells Fargo Financial Bank
Po Box 6180                               4131 121st Street                              ATTN: Payment Processing
Indianapolis, IN 46206-6180               Urbandale, IA 50323-2310                       P.O. Box 14487
                                                                                         Des Moines, IA 50306-3487


Wells Fargo Financial Illinois, Inc       eCAST Settlement Corporation                   eCAST Settlement Corporation
4137 121st Street                         Assignee of Household Bank                     POB 35480
Urbandale, IA 50323-2310                  (Heilig Meyers/Fowler's)                       Newark NJ 07193-5480
                                          Bass & Associates, P.C.
                                          3936 E. Ft. Lowell Road, Suite #200
                                          Tucson, AZ 85712-1083


eCAST Settlement Corporation assignee of  eCAST Settlement Corporation assignee of       eCAST Settlement Corporation assignee of
Citibank USA NA/HOME DEPOT                General Electric/SAMS CLUB CONSUMER            HSBC Bank Nevada NA / HSBC Card
POB 35480                                 POB 35480                                      Services III
Newark NJ 07193-5480                      Newark NJ 07193-5480                           POB 35480
                                                                                         Newark NJ 07193-5480


eCAST Settlement Corporation successor to Brian R Zeft                                   Craig Z Black
GE Money Bank                             Robert J. Semrad & Associates, LLC             Robert J  Semrad & Associates
POB 35480                                 20 S. Clark                                    20 S Clark
Newark NJ 07193-5480                      28th Floor                                     28th Floor
                                          Chicago, IL 60603-1811                         Chicago, IL 60603-1811


Eddie Butler                              Elaine Josephine Butler                        Patrick J. Semrad
11269 S Laflin                            11269 S Laflin                                 Robert J. Semrad & Associates, LLC
Chicago, IL 60643-4353                    Chicago, IL 60643-4353                         20 S Clark St
                                                                                         Ste. 2800
                                                                                         Chicago, IL 60603-1811


Patrick S Layng                           Tom Vaughn
Office of the U.S. Trustee, Region 11     55 E. Monroe Street, Suite 3850
219 S Dearborn St                         Chicago, IL 60603-5713
Room 873
Chicago, IL 60604-2027
```

Case 07-16069    Doc 92    Filed 12/28/12    Entered 12/28/12 16:46:39    Desc Main
                          Document      Page 4 of 6

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC.
POB  41067
Norfolk, VA 23541

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Ford Motor Credit Company LLC
P.O. Box 537901
Livonia, MI  48153-9905

(d)Ford Motor Credit Corporation
Ford Credit National Bankruptcy Center
Po Box 537901
Livonia, MI 48153

Franklin Credit Management
P.O. Box 2301, Jersey City,
NJ  07303-2301

(d)Franklin Credit Management Corporation
P O Box 2301
Jersey City, NJ  07303-2301

IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL 60601

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC.
POB 41067
NORFOLK VA 23541

Toyota Motor Credit Corp
5005 N. River Blvd
Cedar Rapids, IA 52411

(d)Toyota Motor Credit Corp
5005 North River Blvd NE
Cedar Rapids, IA  52411-6634


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Franklin Credit Managment Corp

(u)JPMorgan Chase Bank N A

(d)National Capital Management, LLC
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)eCast Settlement Corp
PO Box 35480
Newark, NJ 07193-5480

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 07 B 16069 |
| Eddie Butler and Elaine Josephine Butler, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1

Debtors, by and through their attorneys, Robert J. Semrad and Associates, and in support of Debtors' Motion to Determine Final Cure and Payment re Rule 3002.1, Debtors state to the court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 1334 & 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on September 4, 2007.

3. On November 26, 2007, this Honorable Court entered an Order confirming Debtors' Chapter 13 Plan of reorganization.

4. Debtors' confirmed Chapter 13 Plan included mortgage arrears owed to EMC Mortgage in the amount of $5,881.00, at Section E 5(a).

5. On December 6, 2012, the Chapter 13 Trustee filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1, at docket entry number 90.

6. On December 21, 2012, EMC Mortgage Corporation filed a Response to the Chapter 13 Trustee's Notice of Final Cure Payment Rule 3002.1. EMC Mortgage Corporation's response states that Debtors are not current with post-petition mortgage payments, and that the Debtors' loan is due for December, 2012. Please see attached Exhibit A.

7. Debtors have provided their counsel with proof that the December, 2012 mortgage payment to EMC Mortgage c/o Chase Home Finance has been made. Please see attached Exhibit B.

8. Debtors contend that they are current with post-petition mortgage payments to EMC Mortgage.

9. To date, Debtors have paid $140,987.00 in to the Chapter 13 Plan of reorganization, and the instant case is nearing completion.

10. The Response to the Chapter 13 Trustee's Notice of Final Cure Payment filed on December 21, 2012, by EMC Mortgage is incorrect.

WHEREFORE, the Debtors respectfully request this Honorable Court enter the Order attached to this Motion, and grant such other and further relief and this court deems fair and just.

Respectfully Submitted,

_/s/ *Steve Miljus*__
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603