UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 07-16069
Eddie Butler and Elaine Josephine Butler )
)  Chapter: 13
)
)  Honorable Jacqueline Cox
)
Debtor(s) )

**ORDER DETERMINING FINAL CURE AND PAYMENT RE RULE 3002.1**

This cause coming to be heard on Motion of the Debtors, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1. The Response to the Chapter 13 Trustee's Notice of Final Cure Payment, which was filed on December 21, 2012, by EMC Mortgage, is incorrect.

2. Debtors have cured pre-petition mortgage arrears to EMC Mortgage.

3. Debtors are current with post-petition mortgage payments to EMC Mortgage.

Enter: J. Cox /s/ Jacqueline P. Cox

Dated: APR - 8 2013

United States Bankruptcy Judge

**Prepared by:**
Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603

Rev: 20120209_bko